# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Robert Zutoft

                          Plaintiff,

v.                                           Case No.: 1:18–cv–01046
                                                       Honorable Joan B. Gottschall

SKO Brenner American, Inc.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 4, 2018:

      MINUTE entry before the Honorable Joan B. Gottschall: Counsel for plaintiff telephonically informed the courtroom deputy that the case has settled and the parties are finalizing the settlement documents. By request of the plaintiff's counsel, the status hearing set for 4/13/18 is stricken and reset to 6/1/18 at 9:30 a.m. If a stipulation to dismiss is filed on or before 5/25/18, no appearance will be necessary on 6/1/18. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.